UNITED STATES DISTRICT COURT
Louisiana Eastern District Court

Thomas L. d'Aquin

Plaintiff

Vs.

Andrew Kramer
Defendant

Stacy Morgan
Defendant

**15-2524**

**SECT. H MAG. 1**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA has jurisdiction in this because of the violation of both the Fifth and Fourteenth Amendments and the Civil Rights Laws of 1871 and 1961 in a conspiracy Life, Liberty and Pursuit of Happiness was infringed upon on and the Fair Credit Act of 2009 violations

Complaint

1. Defendants proceeded to obtain a writ of seizure on June 30,2014 in Orleans Parish District Court Case 2014-6436 , the Writ of Seizure was for The property of Angelo Sanders at 7625 Hickory St, New Orleans,La . Defendants knew that Angelo Sanders had been evicted and no longer , yet falsely presented to the court that this was the address
2. In July,after Plaintiffs moved into the above mentioned address the person that was later identified as the Defendant and was the other Defendant 's attorney approached Plaintiff and said that he wanted what was the Plaintiff residence . Plaintiff was puzzled and said that everything in the house was the Plaintiffs not the person who is named of the writ of Seizure. Defendant said he would get the contents from the rental or put him jail.

    Continued to say the Plaintiff had to had to be lying because he notice Plaintiff was living with a n.....

3. Plaintiffs were continually watched by Defendants and neighbors were questioned for the months of July, August and September, this also put Plaintiff in odds with neighbors and as a Creditor should not share what he was about a Debtor . Especially, when false but was doing because he thought anyone living with a black person had to be lying

4. September 17, 2015 Defendant(s) along with five other persons including a locksmith invaded our home, using a court order which was in violation of the 5th and 14th. Defendants hovered outside the premises from 7 am to the finally approached and had the Sheriff's enter forcibly with a a Writ of Seizure that was knowingly false.All of the this was witnessed by at least of neighbors.Defendant insisted that our house be search . They looked behind tv's , iPads , Phones , made us take down appliance boxes and proved they were empty. After sheriff's were satisfied wrong place , Plaintiff had show identification and Defendants still insisted was lying and wanted the items in my house because of who Plaintiff lived with and the court document

 Plaintiff demands 1,000,000 dollars from each defendant because they obviously work as conspirators to violate the rights of a citizen. The sum also makes up the for  mental anguish of the disregard for the Civil Rights and Federal laws made Plaintiffs spouse leave the country .Plaintiffs spouse leaving the country was an expensive burden and created a financial hardship.

Thomas L d'Aquin
7625 Hickory St.
New Orleans,La 70118
225-614-7100

07/10/2015

We retain the right to amend