**RETURN**

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 16 2015
WILLIAM W. BLEVINS
CLERK

Thomas L d'Aquin
_____
Plaintiff(s)

v.

Andrew Kramer et al
_____
Defendant(s)

Civil Action No. 15-2524
SECT. H MAG. 1

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Stacy Morgan
201 St. Charles Ave Ste 2504
New Orleans, LA
70170

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas L d'Aquin
7625 Hickory St
New Orleans, LA
2256147100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: Jul 13 2015

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Andrew Kramer / Stacy metzer , who is
designated by law to accept service of process on behalf of *(name of organization)*
☒ Shawnne Snyder _____ on *(date)* 7/16/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 7/16/2015

_____
*Server's signature*

Chin Wang
*Printed name and title*

2117 Veterans Blvd #535 Metairie LA 70002
*Server's address*

Additional information regarding attempted service, etc: