UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THOMAS D'AQUIN                                          CIVIL ACTION

VERSUS                                                  NO. 15-2524-JTM-SS

ANDREW KRAEMER, et al

## ORDER

In Thomas D'Aquin, et al v. Starwood Hotels and Worldwide Properties, Inc., et al, CA 15-1963-HGB-SS, an order was issued concerning Thomas D'Aquin's compliance with the Code of Professionalism. For the reasons stated in that order,

IT IS ORDERED as follows:

1. Thomas D'Aquin shall abide by the Local Rules of this Court.

2. Thomas D'Aquin shall conduct himself with dignity, civility and courtesy. He shall not abuse or misuse the law, its procedures or the participants in the judicial process. He shall refrain from engaging in any personal attacks on opposing counsel.

3. **Thomas D'Aquin's failure to comply fully with this order will result in the imposition of sanctions**. The sanctions may include a report and recommendation that this action be dismissed with prejudice.

New Orleans, Louisiana, this 27TH day of July, 2015.

SALLY SHUSHAN
**U.S. Magistrate Judge**